EDMUND G. BROWN JR.
Attorney General of California
VINCENT J. SCALLY, JR.
Supervising Deputy Attorney General
ANDREA R. AUSTIN
Deputy Attorney General
State Bar No. 173630
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4751
 Fax: (916) 324-5567
 E-mail: andrea.austin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAM NEHARA, an individual,** | Case No. 1:10-CV-00491-OWW-DLB |
| Plaintiff, | **ORDER GRANTING THE STATE OF CALIFORNIA'S MOTION TO DISMISS AND MOTION TO STRIKE** |
| v. | |
| **THE STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS AND REHABILITATION; an agency of the State of California; NORTH KERN STATE PRISON, an agency of the State of California; MICHAEL CAVANAUGH, an individual; ALFREDO CASTRO, an individual; EVELYN DIONISIO, an individual; MILGROS ALBANO, an individual; REYNALDO DIMAANO, an individual; ALAN TOM, an individual; LEIF AGBAYANI, VIDA McMILLEN, an individual;JUDY PIERCE, an individual; REYNOLDO REYES, an individual; PHILLIP A. MALLORY, an individual;DAVID RAMOS, an individual; RICHARD GIBBONS, an individual; and DOES 1 through 20, inlcusive,** | |
| Defendants. | |

On July 12, 2010, the State of California's motion to dismiss and motion to strike came on regularly for hearing before the Honorable Oliver W. Wanger in Courtroom 3 of the above-referenced court. Michael D. Anderson and Patrick Vardapour of Anderson & Associates appeared by telephone on behalf of plaintiff. Andrea R. Austin, Deputy Attorney General with

1

the Office of the Attorney General, California Department of Justice, appeared by telephone on behalf of defendant State of California.

After considering the moving and opposing papers as well as oral argument by counsel, the Court issued a memorandum of decision granting the State of California's motion to dismiss and motion to strike plaintiff's prayer for punitive damages. A true and correct copy of the Court's memorandum of decision is attached hereto as Exhibit 1.

Accordingly this Court hereby orders the following:

1)   Plaintiff's retaliation claim against the State of California is dismissed without prejudice;

2)   Plaintiff's disability discrimination claim against the State of California is dismissed with prejudice;

3)   Plaintiff's claim for intentional infliction of emotional distress against the State of California is dismissed with prejudice;

4)   Plaintiff's claim for defamation against the State of California is dismissed with prejudice;

5)   Plaintiff's claim for injunctive relief against the State of California is dismissed with prejudice; and,

6)   Plaintiff's prayer for punitive damages against the State of California is stricken.

This Court further orders that any amended complaint shall be filed with this Court within fifteen (15) days  the date of electronic service on the Court's memorandum of decision attached hereto.

IT IS SO ORDERED.

Dated:   **August 3, 2010**            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE