1  EDMUND G. BROWN JR.
   Attorney General of California
2  VINCENT J. SCALLY, JR.
   Supervising Deputy Attorney General
3  ANDREA R. AUSTIN
   Deputy Attorney General
4  State Bar No. 173630
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 445-4751
    Fax:  (916) 324-5567
7   E-mail:  Andrea.Austin@doj.ca.gov
   *Attorneys for Defendants State of California,*
8  *CDCR and NKSP*

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAM NEHARA, an individual,** | 1:10-CV-00491-OWW-JLT |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **THE STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS AND REHABILITATION; an agency of the State of California; NORTH KERN STATE PRISON, an agency of the State of California; MICHAEL CAVANAUGH, an individual; ALFREDO CASTRO, an individual; EVELYN DIONISIO, an individual; MILGROS ALBANO, an individual; REYNALDO DIMAANO, an individual; ALAN TOM, an individual; LEIF AGBAYANI, VIDA McMILLEN, an individual;JUDY PIERCE, an individual; REYNOLDO REYES, an individual; PHILLIP A. MALLORY, an individual;DAVID RAMOS, an individual; RICHARD GIBBONS, an individual; and DOES 1 through 20, inlcusive,** | |
| Defendants. | |

On October 25, 2010, defendants' State of California, California Department of Corrections and Rehabilitation, and North Kern State Prison's motion to dismiss came on regularly for hearing before the Honorable Oliver W. Wanger in Courtroom 3 of the above-referenced court. Ronald Gorri of Anderson & Associates appeared by telephone on behalf of plaintiff. Andrea R. Austin, Deputy Attorney General with the Office of the Attorney General, California Department of Justice, appeared by telephone on behalf of defendants.

After considering the moving and opposing papers as well as oral argument by counsel, the Court issued a memorandum of decision dismissing plaintiff's 42 U.S.C. sections 1981 and 1983 claims for discrimination and retaliation against the State of California and CDCR with prejudice. The Court also granted NKSP's motion to dismiss plaintiff's claims for discrimination and retaliation pursuant to 42 U.S.C. sections 1981 and 1983, as well as plaintiff claims for defamation and intentional infliction of emotional distress without prejudice. A true and correct copy of the Court's memorandum of decision is attached hereto as Exhibit 1.

Accordingly this Court hereby orders the following:

1) Plaintiff's claims of discrimination and retaliation against the State of California and CDCR, pursuant to 42 U.S.C. sections 1981 and 1983, are dismissed with prejudice;

2) Plaintiff's claims of discrimination and retaliation, pursuant to 42 U.S.C. sections 1981 and 1983, as well as plaintiff's claims of defamation and intentional infliction of emotional distress against NKSP are dismissed without prejudice;

This Court further orders that any amended complaint shall be filed with this Court within fifteen (15) days of the date of electronic service of this Order and that defendants will have thirty (30) days to respond.

Dated:   November 5, 2010          /s/ OLIVER W. WANGER
                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com