KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VINCENT J. SCALLY, JR., State Bar No. 58223
Supervising Deputy Attorney General
ANDREA R. AUSTIN, State Bar No. 173630
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4751
 Fax: (916) 324-5567
 E-mail: Andrea.Austin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAM NEHARA, an individual,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS AND REHABILITATION; an agency of the State of California; NORTH KERN STATE PRISON, an agency of the State of California; MICHAEL CAVANAUGH, an individual; ALFREDO CASTRO, an individual; EVELYN DIONISIO, an individual; MILGROS ALBANO, an individual; REYNALDO DIMAANO, an individual; ALAN TOM, an individual; LEIF AGBAYANI, VIDA McMILLEN, an individual;JUDY PIERCE, an individual; REYNOLDO REYES, an individual; PHILLIP A. MALLORY, an individual;DAVID RAMOS, an individual; RICHARD GIBBONS, an individual; and DOES 1 through 20, inlcusive,**<br><br>                                        Defendants. | Case No. 1:10-CV-00491-OWW-JLT<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

On August 1, 2011, defendants' motion to dismiss came on regularly for hearing before the Honorable Oliver W. Wanger in Courtroom 3 of the above-referenced court. Patrick Vardapour of Anderson & Associates appeared by telephone on behalf of plaintiff. Andrea R. Austin,

Deputy Attorney General with the Office of the Attorney General, California Department of Justice, appeared by telephone on behalf of defendants.

After considering the moving and opposing papers as well as oral argument by counsel, the Court issued a memorandum of decision finding plaintiff's state law tort claims, for defamation and intentional infliction of emotional distress, against North Kern State Prison (NKSP) are barred by the Eleventh Amendment of the United States Constitution.  The Court further finds plaintiff's state law tort claims against NKSP and all individual defendants are barred because plaintiff failed to file a timely and proper claim with the State of California Victim Compensation and Government Claim Board, as required by law.  A true and correct copy of the Court's memorandum of decision is attached hereto as Exhibit 1.

Accordingly this Court hereby orders the following:

Plaintiff's state law tort claims against NKSP and the individually named defendants are DISMISSED with prejudice;

This Court further orders that any amended complaint shall be filed with this Court within fifteen (15) days of the date of electronic service of the Court's memorandum and decision and that defendants will have fifteen (15) days to respond.

IT IS SO ORDERED.

Dated:  **August 5, 2011**           /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE