IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM NEHARA,<br><br>        PLAINTIFF,<br><br>VS.<br><br>STATE OF CALIFORNIA, et al,<br><br>        DEFENDANTS.<br>_____/ | CASE NO.   1:10-cv-000491 --- JLT<br><br>ORDER TO REASSIGN ACTION |

All parties have consented to United States Magistrate Judge Jennifer L Thurston to conduct all further proceedings in this action, including trial and entry of judgment, pursuant to 28U.S.C. §636(c)(1).  (Docs. 79, 80.)  **Accordingly, this Court REASSIGNS this action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.**

**All further papers shall bear the new case number 1:10-cv-00491 JLT**.

IT IS SO ORDERED.

Dated:     October 4, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE