UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM NAHARA,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Defendants. | Case No.: 1:10-cv-00491 - JLT<br><br>ORDER DENYING DEFENDANTS' MOTION TO COMPEL WITHOUT PREJUDICE<br><br>(Doc. 91)<br><br>ORDER VACATING HEARING DATE OF MAY 8, 2012 |

Defendants filed a notice of motion and motion seeking "to compel a signed release from Plaintiff authorizing the release of his medical and mental health care providers' treatment records and billings." (Doc. 91 at 1). The matter was set for a hearing on May 8, 2012. (*Id.*).

Local Rule 251 governs hearings regarding discovery disagreements, and provides a motion made pursuant to Fed. R. Civ. P. 26 through 37 "shall not be heard unless (1) the parties have conferred and attempted to resolve their differences, and (2) the parties have set forth their differences and the bases therefor in a Joint Statement re Discovery Disagreement." LR 251(b). Although Defendants asserted the parties would file a Joint Statement in accordance with Local Rule 251 "on or before May 1, 2012," the parties failed to do so. (Doc. 91 at 2)

Notably, a Joint Statement must be filed "at least seven (7) days before the scheduled hearing date." LR 251(a). Because the motion was set for hearing on May 8, 2012, a Joint Statement by the parties was due no later than May 1, 2012. When a Joint Statement is not filed, "[t]he hearing may be

1

dropped from the calendar without prejudice." *Id.*  Moreover, the Court's Scheduling Order informed the parties they "**must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from the calendar**."  (Doc. 86 at 4) (emphasis in original).  Nonetheless, the parties have not filed a Joint Statement regarding their discovery dispute.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiffs' motion to compel (Doc. 91) is **DENIED WITHOUT PREJUDICE**; and

    2.    The hearing on the motion set for May 8, 2012 at 10:00 a.m. is **VACATED**.

IT IS SO ORDERED.

Dated:   **May 2, 2012**                **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE