1  **ANDERSON & ASSOCIATES**
   **MICHAEL D. ANDERSON, ESQ. ( SBN 194493)**
2  mda@a-a-law.com
   **JOHN W. NAM, ESQ. (SBN 272025)**
3  jnam@a-a-law.com
   The Commons, Suite 372
4  140 South Lake Avenue
   Pasadena, California 91101
5  Telephone: (626) 449-8131
   Facsimile: (626) 449-8041
6

7  Attorneys for Plaintiff, RAM NEHARA

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM NEHARA, an individual, | Case No. 1:10-CV-00491 JLT |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE THE SETTLEMENT CONFERENCE DATE AND RELATED DEADLINES** |
| THE STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS AND REHABILITATION, an agency of the State of California; NORTH KERN STATE PRISON, an agency of the State of California; MICHAEL CAVANAUGH, an individual; ALFRED CASTRO, an individual; EVELYN DIONISIO, an individual; MILGROS ALBANO, an individual; REYNALDO DIMAANO, an individual; ALAN TOM, an individual; LEIF AGBAYANI, an individual; VIDA McMILLEN, an individual; JUDY PIERCE, an individual; REYNOLDO REYES, an individual; PHILLIP A. MALLORY, an individual; DAVID RAMOS, an individual; RICHARD GIBBONS, an individual; and DOES 1 through 20, inclusive, | Complaint Filed: March 17, 2010 |
| Defendants. | |

The Court, having reviewed and considered the parties' Stipulation, HEREBY ORDERS:

The Settlement Conference scheduled for August 2, 2012 is rescheduled to September 18, 2012 at 10:30 a.m., at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721.

-1-

**[PROPOSED] ORDER TO CONTINUE THE SETTLEMENT CONFERENCE DATE AND RELATED DEADLINES**

1  The Pre-Settlement Conference Exchange of Demand and Offer, as well as the deadline for
2  submission of Settlement Conference Statements are extended accordingly.

5  IT IS SO ORDERED.

6  Dated:   July 20, 2012                   /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

ANDERSON & ASSOCIATES
140 South Lake Avenue, Suite 372
Pasadena, CA 91101-4942
Tel (626) 449-8131 • Fax (626) 449-8041