1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JILL H. TALLEY, State Bar No. 178207
   Supervising Deputy Attorney General
3  ANDREA R. AUSTIN, State Bar No. 173630
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 445-4751
6    Fax:  (916) 324-5567
     E-mail:  Andrea.Austin@doj.ca.gov
7  *Attorneys for Defendants*

8                    UNITED STATES DISTRICT COURT

9

10                 EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **RAM NEHARA, an individual,** | 1:10-CV-00491-JLT |
| Plaintiff, | **STIPULATION AND ORDER FOR MENTAL TESTING AND EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF PROCEDURE** |
| v. | |
| **THE STATE OF CALIFORNIA et. al.,** | |
| Defendants. | **(Doc. 103)** |

19        It is stipulated by Michael Anderson and Nicholas Hnatiuk, of Anderson, Armenta, &

20  Associates, attorneys for plaintiff, and by Andrea Austin, Deputy Attorney General of the

21  California Attorney General's Office, attorneys for defendants (collectively, the "parties") as

22  follows:

23        1.      The mental condition of the plaintiff is in controversy in the above-referenced action.

24  Plaintiff alleges that as a result of conduct by employees of the CDCR he suffers from several

25  psychiatric conditions and that he has and will continue to incur significant lost income, medical

26  bills, and other damages.  Specifically plaintiff asserts that he suffers from post traumatic stress

27  disorder, anxiety, stress, nightmares, sleep deprivation, fear, headaches, depression, and an

28  inability to work.

1

1        2.    Plaintiff will thus submit to a clinical interview and psychological testing

2    administered by Dr. Randall Smith.  The testing shall consist of Shipley-2 (3 subtests) BVMT-R,

3    TONI, D-KEFS subtests, SIMS, Word Memory Test, NV-MSVT, Wahler PSI, and MMPI-2.  The

4    interview and testing will take place at HQ Global Workplaces, 4900 California Avenue, Tower

5    B-210, Bakersfield, California, 93309.  The interview and testing by Dr. Smith will occur on

6    September 20, 2012.  The interview and testing will begin at 9:00 a.m. and last approximately

7    seven hours, and will be conducted in an air conditioned office-type setting.  Only plaintiff and

8    Dr. Smith (and Dr. Smith's support staff, if any) are permitted inside the room where the

9    interview and testing will take place.

10       3.    Plaintiff will also submit to a psychiatric interview conducted by Dr. Bruce Victor, on

11   September 21, 2012, at 9:00 a.m.  The examination will take place at HQ Global Workplaces,

12   4900 California Avenue, Tower B-210, Bakersfield, California, 93309.  The examination will

13   begin at 9:00 a.m. and last approximately four hours, and will be conducted in an air conditioned

14   office-type setting.  Only plaintiff and Dr. Victor (and Dr. Victor's support staff, if any) are

15   permitted inside the room where the examination will take place.

16       4.    During the testing and interview, plaintiff shall truthfully answer all questions

17   submitted to him by Drs. Smith and Victor including those concerning his occupational history,

18   his prior and current injuries, and his prior and current medical and psychological condition as

19   well as those items listed below in paragraph 5.

20       5.    The testing and interview will involve no invasive, dangerous, or painful physical

21   procedures.  The interview portion will involve taking plaintiff's medical and psychiatric history,

22   including a personal, family, marital, relationship, developmental, educational, financial,

23   occupational, social, legal, drug, alcohol, medical, medication, and hospitalization history.  The

24   examination will involve a mental status interview..  The interview will also involve taking a

25   stated history of events leading to the emotional, mental or medical conditions plaintiff claims to

26   have suffered as a result of defendants' alleged conduct, identified above; the appropriateness of

27   treatment plaintiff received including therapy, counseling, and medication; an evaluation of the

28

prognosis of the plaintiff's conditions; and, an evaluation as to whether plaintiff would benefit from a particular course of treatment.

6. This stipulation is made in lieu of the defendants' motion pursuant to Rule 35 of the Federal Rules of Civil Procedure.

7. Defendants are responsible for Drs. Smith and Victor's costs conducting the testing and examination.

**IT IS SO STIPULATED**.

Dated: September 18, 2012

MICHAEL D. ANDERSON
NICHOLAS HNATIUK
ANDERSON & ASSOCIATES

*/s/* MICHAEL D. ANDERSON

*Attorneys for Plaintiff*

Dated: September 18, 2012

KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA
JILL H. TALLEY
SUPERVISING DEPUTY ATTORNEY GENERAL

/s/ ANDREA R. AUSTIN

ANDREA R. AUSTIN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 20, 2012**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

3