# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM NEHARA, | CASE NO.: 1:10-cv-00491-JLT |
|         Plaintiff, | |
|   v. | **ORDER VACATING FEBRUARY 1, 2013, SETTLEMENT CONFERENCE** |
| STATE OF CALIFORNIA, et al., | |
|         Defendants. | |

    A settlement conference is currently set for February 1, 2013. The settlement conference in this matter has been continued on two prior occasions. After a telephone conference with the court on September 17, 2012, the parties agreed that the settlement conference set for September 18, 2012, should be vacated, and the parties were to contact Judge Oberto's chambers to coordinate dates to reset it. However, they failed to do so. (*See* Doc. 105.) Accordingly, the parties were informed that, while the settlement conference would not be reset at that time, the parties could contact the Court to arrange for a settlement conference if they desired a settlement conference in the future. (Doc. 105.)

    On October 25, 2012, the parties agreed to reschedule the settlement conference for November 29, 2012. (Doc. 109.) On November 27, 2012, the parties requested that the settlement conference be continued to February 1, 2013, to allow time for filing of dispositive motions. (Doc. 115.) On December 27, 2012, the Court issued its Order re Settlement Conference requiring the parties to submit confidential settlement conference statements at least one week prior to the

February 1, 2013, settlement conference. (Doc. 117.) On January 25, 2013, Defendants submitted their confidential settlement conference statement; Plaintiff failed to submit any statement.

As Plaintiff has not submitted a confidential settlement conference statement and because it is apparent that the parties have not been able to exchange a current demand and offer as required by the settlement conference order, **the settlement conference currently set for February 1, 2013, is VACATED.** The parties may contact the Court if they wish to attempt to reset the settlement conference.

IT IS SO ORDERED.

**Dated:   January 28, 2013**                              /s/ Sheila K. Oberto
                                                                            UNITED STATES MAGISTRATE JUDGE