*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

RAM NEHARA,

        Plaintiff,

vs.

STATE OF CALIFORNIA, et al.,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:10-cv-00491 JLT

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 4/11/2013 in favor of Plaintiff RAM NEHARA and against Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  Plaintiff is awarded damages as follows:

    a)   Pursuant to the Special Verdict (Docket Entry 177) as remitted by the Court pursuant to 42 U.S.C. § 1981(a)(b)(3)(D), - $500,000.00

    b)   Pursuant to the Court's Order (Docket Entry 183)- $765,653.73

The amount of damages awarded to Plaintiff RAM NEHARA total: $1,265,653.73.

DATED: 5/3/2013                    VICTORIA C. MINOR, Clerk

                                     By:  /s/ SERGIO ARELLANO
                                                  Deputy Clerk