UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM NEHARA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-00491 JLT<br><br>ORDER RE: OPPOSITION FILED TO DEFENDANT'S SUPPLEMENTAL MOTION |

On June 25, 2013, Defendant filed a supplemental motion for new trial based upon newly discovered evidence that Plaintiff had lied under oath both at his deposition and at trial. (Doc. 195) Plaintiff filed his opposition to this motion, entitled "Plaintiff Ram Nehara's Opposition to Defendant CDCR's Supplemental Motion for a New Trial and For Relief from Judgment (Doc, 200)—on July 10, 2013 but, inexplicably, referred to Plaintiff's supplemental motion as a "reply" and refused to present evidence that countered that provided by Defendant. Id. at 6-8, 10 n 1. Moreover, Plaintiff asserted that if the Court intended to consider the supplemental motion and the evidence submitted with it, the Court must give Plaintiff an opportunity to file opposition to this motion.[1] Id. at 10 n. 1.

---

[1] The Court is at a loss to understand Plaintiff's current course. It is inexplicable that Plaintiff would file an "opposition" to a motion and then in that very "opposition" characterize the motion he is opposing as a "reply" and, in doing so, refuse to counter the motion unless an additional opportunity to do so is provided. At this time, the Court is loathe to speculate as to the reason behind this bizarre tactic because it can come up with only troubling explanations.

1

Plaintiff is forewarned the Court has made no determination about *any* of the motions currently pending before it and Plaintiff may choose not to file opposition to that motion.  In that event, the Court will consider the supplemental motion and the portions of Plaintiff's current opposition, along with any reply papers, in evaluating the motion.

**ORDER**

Based upon the foregoing, the court **ORDERS**:

1. Plaintiff may file a supplemental opposition to the supplemental motion for new trial **no later than July 17, 2013**.  The supplemental opposition **SHALL** address *only* issues raised in the supplemental motion for new trial (Doc. 195) and **SHALL NOT** address any issues raised in th emotion for new trial (Doc. 188);

2. The hearing on all pending motions, (Docs. 188, 189, 195) is continued to **July 31, 2013** at 9:00 a.m.

3. Any reply to the opposition/supplemental opposition may be filed **no later than July 24, 2013.**

IT IS SO ORDERED.

Dated:   **July 11, 2013**                                        **/s/ Jennifer L. Thurston**
                                                                                 UNITED STATES MAGISTRATE JUDGE