ANDERSON, ARMENTA & ASSOCIATES, LLP
MICHAEL D. ANDERSON, ESQ. ( #194493)
MDA@A-A-LAW.COM
NICHOLAS A. HNATIUK, ESQ. (#277698)
NHNATIUK@A-A-LAW.COM
THE COMMONS, SUITE 372
140 SOUTH LAKE AVENUE
PASADENA, CALIFORNIA 91101
TELEPHONE: (626) 449-8131
FACSIMILE: (626) 449-8041
*Attorneys for Plaintiff*
*Ram Nehara*

KAMALA D. HARRIS
Attorney General of California
DAVID NEILL
Supervising Deputy Attorney General
ANDREA R. AUSTIN
Deputy Attorney General
State Bar No. 173630
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-4751
  Fax: (916) 324-5567
  E-mail: Andrea.Austin@doj.ca.gov
*Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAM NEHARA, an individual,** | Case No. 1:10-CV-00491-JLT |
| Plaintiff, | Magistrate Judge Jennifer L. Thurston |
| v. | |
| | **STIPULATION FOR DISMISSAL** |
| **THE STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS AND REHABILITATION; an agency of the State of California; NORTH KERN STATE PRISON, an agency of the State of California; MICHAEL CAVANAUGH, an individual; ALFREDO CASTRO, an individual; EVELYN DIONISIO, an individual; MILGROS ALBANO, an individual; REYNALDO DIMAANO, an individual; ALAN TOM, an individual; LEIF AGBAYANI, VIDA McMILLEN, an individual; JUDY PIERCE, an individual;** | Complaint filed:     March 17, 2010 |
| | Pretrial Conference:     June 19, 2014 |
| | Jury Trial:     August 4, 2014 |

1

| | |
|---|---|
| 1 | **REYNOLDO REYES, an individual; PHILLIP A. MALLORY, an individual; DAVID RAMOS, an individual; RICHARD GIBBONS, an individual; and DOES 1 through 20, inclusive,** |
| 2 | |
| 3 | |
| 4 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff RAM NEHARA ("NEHARA") and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR") (NEHARA and CDCR are hereinafter collectively referred to as "Parties"), through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: March 4, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID NEILL
Supervising Deputy Attorney General


/s/ Andrea R. Austin
_____
Andrea R. Austin
Deputy Attorney General
*Attorneys for Defendant CDCR*

Dated:  March 4, 2014

ANDERSON, ARMENTA & ASSOCIATES, LLP


/s/ Nicholas A. Hnatiuk
_____
Michael D. Anderson, Esq.
Nicholas A. Hnatiuk, Esq.
Attorneys for Plaintiff,
RAM NEHARA